E-FILED: 3/3/2009

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIMOTHY EUGENE MACK, <br>     Petitioner, <br> v. <br> L.E. SCRIBNER, Warden, <br>     Respondent. | Case No. CV 06-2734 GHK (AN) <br><br> ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objection thereto, *de novo*. IT IS ORDERED that:

1. Petitioner's Objection is overruled because it does not refute the findings and conclusions set forth in the R&R, which is approved and adopted.
2. Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.
3. Any other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: \_\_\_\_3/1\_\_\_\_\_, 2009

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE