ENTERED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR – 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

E-FILED: 3/3/09

*Entee*/JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TIMOTHY EUGENE MACK, | Case No. CV 06-2734 GHK (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| L.E. SCRIBNER, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: _____3/1_____, 2009

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE